MANHATTAN LIFE INSURANCE COMPANY v. HAMMERSTEIN OPERA COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

J. PEYTON CLARK v. BIRD S. COLER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of CHARLES W. WATSON, Deceased.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

EMILE BOCKMAN, as Administratrix, v. PRODUCTS MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THOMAS H. SMITH, an Attorney.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ETHEL GRASSICK, an Infant, by Her Guardian ad Litem, WILLIAM GRASSICK, Respondent, v. HAMPAR O. AMBROOKIAN, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $2,000; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANNIE FLATOW, Respondent, v. FRANCIS E. JOHNSON, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PHILIP FLATOW, Respondent, v. FRANCIS E. JOHNSON, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CHARLES W. TURNER, Appellant, v. FRANK H. RAY, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to withdraw demurrer and to reply on payment of said costs and ten dollars costs upon the motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THOMAS F. CROSBY, Respondent, v. FORTY-SECOND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the evidence fails to show that the defendant is chargeable with negligence and shows that the plaintiff was chargeable with contributory negligence as a matter of law. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Smith and Shearn, JJ., dissented.

KATHERINE CATONA, an Infant, by PAUL CATONA, Her Guardian ad Litem, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PAUL CATONA, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.